UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:   USE OF ELECTRONIC
EQUIPMENT IN ORLANDO
COURTHOUSE

CASE NO. 6:22-mc-11-Orl-UA

### ORDER

It is **ORDERED AND ADJUDGED** that Dell O. Barnes, Sr. be permitted to enter the George C. Young U.S. Courthouse, 401 W. Central Boulevard, Orlando, Florida, with musical instruments, a cellular telephone, and related electronic devices to be used in conjunction with the investiture ceremony and reception of District Judge Julie S. Sneed being held on July 12, 2024.

Such devices shall not be used to record, video or photograph any court proceedings taking place within the building. At any time, the United States Marshals Service and/or the Court Security Officers assigned to this facility may revoke the permission granted in this order.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 17, 2024.

Copies to:   Richard Banke, Division Manager
Steward Perez, Lead Court Security Office

ROY B. DALTON, JR.
United States District Judge